No. 896, Misc. MALONEY *v.* E. I. DU PONT DE NEMOURS & Co., INC. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *James C. McKay* and *Michael Boudin* for respondent.

No. 995, Misc. CARR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Darwin Charles Brown* for petitioner. *Solicitor General Griswold* for the United States.

No. 1124, Misc. DEARINGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 1190, Misc., October Term, 1967. WARE *v.* PRESTON ET AL., 390 U. S. 1032, 391 U. S. 971. Motion for leave to file second petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 40. CONWAY *v.* CALIFORNIA ADULT AUTHORITY ET AL., *ante,* p. 107;

No. 340. LUDWIG *v.* FLORIDA, *ante,* p. 927;

No. 434. JOHNSON *v.* STATE BAR OF CALIFORNIA ET AL., *ante,* p. 22;

No. 480. ARIZONA CORPORATION COMMISSION ET AL. *v.* UNITED STATES ET AL., *ante,* p. 27; and

No. 497. UNION PACIFIC RAILROAD CO. ET AL. *v.* UNITED STATES ET AL., *ante,* p. 27. Petitions for rehearing denied.